UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MILLER, a resident of Rapid City, South Dakota,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation, AVENTIS BEHRING LLC, a Delaware corporation; and ALPHA THERAPEUTIC CORPORATION, a California corporation,<br><br>Defendants. | CASE NO.: C-06-2542 MJJ<br><br>AMENDED [PROPOSED] ORDER GRANTING DEFENDANT BAYER CORPORATION'S UNOPPOSED MOTION TO STAY PRETRIAL PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT PROCEEDING AND UNOPPOSED MOTION FOR ENLARGEMENT OF PRETRIAL DEADLINES AND INCORPORATED MEMORANDUM OF LAW<br><br>Date:    June 13, 2006<br>Time:    9:30 a.m.<br>Courtroom: 11 |

A hearing having been held on June 13, 2006, in Courtroom 11, at 9:30 a.m., or as soon thereafter as the matter could be heard, on defendant Bayer Corporation's motion for an order to stay pretrial proceedings in this Court pending transfer of this action by the Judicial Panel on Multidistrict Litigation ~~and for an enlargement of the time in which defendants are required to comply as to~~ All pretrial deadlines established by Local Rules 16.2, 16.3, 16.9 and 16.10 of the

[~~PROPOSED~~] ORDER GRANTING MOTION TO STAY                            4509/DB/283895
CASE NO. C 06-2542 MJJ

1

|     |                                                                                                                                                                 |
| --- | --------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   | are suspended. United States District Court for the Northern District of California, ~~court order~~,                                                           |
| 2   | IT IS HEREBY ORDERED that the motion is granted and this matter is hereby stayed                                                                                |
| 3   | pending transfer of this action.                                                                                                                                |
| 5   | DATED: 5/9/2006                                                                                                                                                 |
| 7   | _/s/ Martin J. Jenkins_                                                                                                                                          |
|     | Honorable Martin J. Jenkins                                                                                                                                     |
| 8   | Judge of the United States District Court                                                                                                                       |

[~~PROPOSED~~] ORDER GRANTING MOTION TO STAY
CASE NO. C 06-2542 MJJ

4509/DB/283895

2